**STATE of Missouri, Respondent,**

v.

**Michael CRANE, Appellant.**

**No. WD 65029.**

Missouri Court of Appeals,
Western District.

Sept. 12, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 31, 2006.

Application for Transfer Denied
Dec. 19, 2006.

Janet M. Thompson, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and THOMAS H. NEWTON, JJ.

1. The two motions taken with the case are denied.

## ORDER

PER CURIAM.

Mr. Michael Crane appeals from convictions of kidnapping, section 565.110 [1], assault, section 565.070, three counts of forcible sodomy, section 566.060, and forcible rape, section 566.030.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

1. Statutory references are to RSMo. (2000) or the 2006 Cumulative Supplement, unless otherwise indicated